# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 31, 2015

## NO. 03-15-00331-CV

**A. S., Appellant**

**v.**

**Texas Department of Public Safety, Appellee**

### APPEAL FROM 331ST DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, GOODWIN, AND BOURLAND
### AFFIRMED -- OPINION BY JUSTICE BOURLAND

This is an appeal from the judgment signed by the district court on April 28, 2015. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the district court's judgment. Therefore, the Court affirms the district court's judgment. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.